**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS and
U.S. CUSTOMS AND BORDER PROTECTION,

Defendants.

Civil Action No. 17-1037 (EGS)

**JOINT STATUS REPORT**

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants U.S. Army Corps of Engineers ("Army Corps") and U.S. Customs and Border Protection ("CBP") (collectively, the "Defendants"), by and through their undersigned counsel, respectfully file this status report pursuant to the Court's November 22, 2017 Order in this Freedom of Information Act ("FOIA") case concerning Plaintiff's requests for all records "that reference walls, barriers, and/or physical constructions along the U.S.-Mexico border and/or U.S.-Canada border, for purposes of the Presidential transition process, created for and/or provided to brief members of the Presidential Transition Team and/or their representatives." The parties respectfully report to the Court as follows:

**Defendant's Position**

1. To date, CBP has located approximately 5,500 records that are potentially responsive to Plaintiff's FOIA request. However, the search is ongoing and that number could potentially increase.

2. As of the date of this filing, CBP has processed approximately 1,290 pages, has made two interim releases to Plaintiff, and anticipates that it will complete its processing of the remaining records at the rate of at least 500 pages per month. This Court has previously approved similar processing schedules on numerous occasions. *See, e.g.*, *Freedom Watch v. Bureau of Land Mgmt. & U.S. Dep't of Justice*, 16-cv-2320 (CKK); *Cruz v. Exec. Office for U. S. Attorneys*, 15-cv-1977 (RMC); *Farahi v. Fed. Bureau of Investigation*, 15-cv-2122 (RBW); *Leopold v. Dep't of Justice*, 14-cv-327 (APM). CBP currently anticipates that it will complete its processing of Plaintiff's FOIA request by August 2018.

3. Defendants do not intend to produce *Vaughn* indices in advance of summary judgment briefing.

4. Defendants believe that rather than proceed in a piecemeal fashion, it would be most efficient for the Court to consider a single summary judgment motion upon completion of CBP's processing and release of the non-exempt records responsive to the FOIA request and proposes the following briefing schedule:

| | **PROPOSED DEADLINE** |
|---|---|
| Defendants' Motion for Summary Judgment | 45 days after CBP's Final Release |
| Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | 30 days after the filing of Defendants' Motion |
| Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment | 30 days after the filing of Plaintiff's Cross-Motion and Opposition |

| | **PROPOSED DEADLINE** |
|---|---|
| Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment | 14 days after the filing of Defendants' Opposition to Plaintiff's Cross-Motion |

5. In the event the Court concludes it is appropriate for the parties to engage in partial summary judgment motion practice concerning Army Corps' response to Plaintiff's FOIA request, Army Corps proposes the following briefing schedule:

| | **PROPOSED DEADLINE** |
|---|---|
| Army Corps' Motion for Summary Judgment | February 16, 2018 |
| Plaintiff's Opposition to Army Corps' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | March 16, 2018 |
| Army Corps' Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Army Corps' Motion for Summary Judgment | April 16, 2018 |
| Plaintiff's Reply to Army Corps' Opposition to Plaintiff's Cross-Motion for Summary Judgment | April 30, 2018 |

**<u>Plaintiff's Position</u>**

6. The production rate that CBP proposes of 500 pages per month is inefficient and would result in protracted completion of production until August 2018, more than eight months from now. CBP states that it has located 5,500 potentially responsive records and has already

provided 1,290 pages to the Center. At this time, almost 11 months after the Center submitted its request to CBP, the agency's search should be complete.

7. Thus, to move this matter more swiftly toward resolution and to conserve judicial resources, Plaintiff respectfully requests that the Court order CBP to complete an adequate search and to produce records at a rate of at least 1,500 pages per month, with a final determination and completion of production by February 28, 2018. *But see Seavey v. U.S. Dep't of Justice*, 2017 U.S. Dist. LEXIS 113028, *17 (D.D.C. July 17, 2017) (requiring the defendant agency to produce 2,850 pages per month). Should the Court adopt this schedule, then the Center respectfully requests the Court to set the briefing schedule set forth in paragraph 4, above.

8. If the Court does not adopt this schedule, then Plaintiff respectfully requests the Court to set the schedule set forth in paragraph 5, above, which would allow Plaintiff to proceed toward resolution of the issues remaining between the parties in connection with the Army Corps' determination. Bifurcated briefing may allow the parties to further narrow the issues, as it is likely that resolution of issues between the parties or by the Court with respect to one determination will apply equally to the other.

*** Remainder of page intentionally left blank ***

9. In any event, Plaintiff maintains that *Vaughn* indices from both Defendants, with descriptions and explanations of the redactions in advance of summary judgment briefing, would allow the parties to further narrow the issues for the Court prior to briefing

Dated: December 7, 2017

Respectfully submitted,

*/s/ Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*/s/ Margaret E. Townsend*
Margaret E. Townsend (D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/ Melanie D. Hendry
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendants*